|1
|2
|3
|4
|5
|6
|7
|8
|9
|10
|11
|12
|13
|14
|15
|16
|17
|18
|19
|20
|21
|22
|23
|24
|25
|26
|27
|28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DEBRA LEWIS, et al., | No. 2:21-cv-00075-JAK (SKx) |
|---|---|
| Plaintiffs, | **ORDER RE JOINT REQUEST FOR CLARIFICATION OF SCHEDULING ORDER (DKT. 55)** |
| v. | |
| HOST INTERNATIONAL, INC., et al., | |
| Defendants. | |

1

Based on a review of the Joint Request for Clarification of Scheduling Order (the "Request" (Dkt. 55)), sufficient good cause has been shown for the requested relief. Therefore, the Request is **GRANTED**, as follows:

The Order re Joint Stipulation and Request Regarding Scheduling (Dkt. 54) does not require that all fact discovery be completed by October 30, 2023; that deadline only applies to the discovery necessary for any motions for summary judgment, which are presently due on November 16, 2023.

**IT IS SO ORDERED.**

Dated:  March 10, 2023

John A. Kronstadt
United States District Judge